IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY M. WALKER,

     Appellant,

 v.

STATE OF FLORIDA,

     Appellee.

Case No. 5D22-267
LT Case No. 2016-CF-000981-A

_____/

Decision filed July 26, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Terry M. Walker, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, SASSO and WOZNIAK, JJ., concur.